# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3893
_____

VALERIE HAYS BROWN,
Former Wife,

Appellant,

v.

TED K. BROWN,
Former Husband,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
W. Gregg McCaulie, Judge.

January 2, 2018

PER CURIAM.

DISMISSED. *See Pool v. Bunger*, 43 So. 3d 837 (Fla. 1st DCA 2010) (dismissing appeal where issues decided in order on appeal were related to the remaining issue concerning support arrearages).

MAKAR, OSTERHAUS, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Jeanine B. Sasser, Jacksonville, for Appellant.

No appearance for Appellee.